

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00197-CV

| | | |
|---|---|---|
| Ball Up, LLC | § | From the 17th District Court |
| v. | § | of Tarrant County (017-283538-16) |
| Strategic Partners Corp; PG-ACP Holdings, L.P.; PG-ACP Holdings GP, LLC; and Mike Singer | § | August 2, 2018 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's special-appearance order. It is ordered that the trial court's order granting Mike Singer's and the Appellee Entities' special appearances is affirmed.

It is further ordered that appellant Ball Up, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker